IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**AARON NEWBERRY**                                                               **PLAINTIFF**

V.                          **CASE NO. 3:24-CV-3055**

**SHERIFF DANIEL KLATT**
**(Carroll County, Arkansas);**
**JAIL ADMINISTRATOR KEITH LEOPOLD**
**(Carroll County Detention Center)**                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 16) filed in this case on June 23, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 14th day of July, 2025.

                                             */s/ Timothy L. Brooks*
                                             TIMOTHY L. BROOKS
                                             UNITED STATES DISTRICT JUDGE